**BESS WELLS JANNEY, as Administratrix of the Estate of Mabel H. Wade, deceased, v. JAMES M. SWAIN, JR.**

19 So. (2nd) 612                                    June Term, 1944
November 10, 1944                                    Division A

*C. B. Peeler,* for appellant.

*George E. Turner,* for appellee.

148

PER CURIAM:

From a careful study of the record and briefs we are unable to find reversible error in the judgment and record and the judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.